## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER STEVENSON,

    Petitioner,

       v.

JON FISHER, et al.,

    Respondents.

CIVIL ACTION NO. 3:CV-12-0981

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

### ORDER

**NOW**, this ___10___ day of October, 2012, upon review of the Report and Recommendation of Magistrate Judge Carlson (Doc. 21) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)    The Report and Recommendation (Doc. 21) is **ADOPTED**.

(2)    The Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**.

(3)    A Certificate of Appealability **SHALL NOT ISSUE**.

(4)    The Clerk of Court is directed to mark the case as **CLOSED**.

A. Richard Caputo
United States District Judge