**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHRISTOPHER STEVENSON,<br><br>    Petitioner,<br><br>    v.<br><br>JON FISHER, *et al.*,<br><br>    Respondents. | NO. 3:CV-12-0981<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE CARLSON) |

## ORDER

**NOW**, this 15th day of November, 2012, **IT IS HEREBY ORDERED** that Petitioner Christopher Stevenson's Motion to Proceed on Appeal *In Forma Pauperis* (Doc. 25) is **DENIED** because the motion fails to comply with Rule 24 of the Federal Rules of Appellate Procedure and because the appeal is certified as not taken in good faith.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge