**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

CHRISTOPHER STEVENSON,

    Petitioner,

    v.

JON FISHER, *et al.*,

    Respondents.

NO. 3:CV-12-0981

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## **ORDER**

**NOW**, this 15th day of November, 2012, **IT IS HEREBY ORDERED** that Petitioner Christopher Stevenson's Motion to Proceed on Appeal *In Forma Pauperis* (Doc. 25) is **DENIED** because the motion fails to comply with Rule 24 of the Federal Rules of Appellate Procedure and because the appeal is certified as not taken in good faith.

                                              /s/ A. Richard Caputo
                                              A. Richard Caputo
                                              United States District Judge